RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Defendant David Salgado

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DAVID SALGADO,<br><br>          Defendant. | 2:14-CR-221-GMN-GWF<br><br><br>STIPULATION TO ALLOW RETESTING OF SUBSTANCES BY DEFENSE EXPERT IN COLORADO |

IT IS HEREBY STIPULATED AND AGREED, by and between Amber Craig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for defendant David Salgado, that the United States Department of Justice Drug Enforcement Administration ("DEA") release a sample of each of the substances at issue in this case to a representative of Rocky Mountain Instrumental Labs in Fort Collins, Colorado, for retesting.

This Stipulation is entered into for the following reasons:

1. DEA is currently the custodian of the substances at issue in this case.

2. Counsel for Defendant Salgado, has retained Robert Lantz, of Rocky Mountain Instrumental Labs, 108 Coronado Court, Fort Collins, Colorado, to retest the substances within DEA's custody.

3. The parties agree that DEA shall release a sample of each of the substances and coordinate the transportation of the substances to Rocky Mountain Instrumental Labs for the purpose of retesting the substances. Defense counsel's office will reimburse DEA for the cost of the shipment.

This is the first request for an Order to retest the samples.

DATED this September 9, 2015

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States of America |
|---|---|
| */s/ Rebecca Levy*<br>By: REBECCA LEVY<br>Assistant Federal Public Defender<br>Counsel for Defendant | */s/ Amber Craig*<br>By: AMBER CRAIG<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DAVID SALGADO, et al.,<br><br>           Defendant. | 2:14-cr-221-GMN-GWF<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the DEA shall release and transport a sample of each of the substances at issue in this case to Rocky Mountain Instrumental Labs, 108 Coronado Court, Fort Collins, Colorado, 80525, for retesting.

DATED: September 9, 2015

_____
Gloria M. Navarro, Chief Judge
United States District Court

3