```
                    ___ FILED          ___ RECEIVED
                    ___ ENTERED        ___ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         OCT 1 9 2015

                       CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
                    BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-cr-00221-2-GMN-GWF |
| vs. | ) | |
| DAVID SALGADO, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

On October 16, 2015, this Court granted the defendant's request that new counsel be appointed, as stated on the record.

Accordingly, IT IS HEREBY ORDERED that Terrance M. Jackson, is APPOINTED as counsel for David Salgado in place of The Federal Public Defender for all future proceedings.

The Federal Public Defender's office shall forward the file to Mr. Jackson forthwith.

DATED this 19th day of October, 2015.

*[signature]*
UNITED STATES MAGISTRATE JUDGE