TERRENCE M. JACKSON, ESQ.
Nevada Bar No. 00854
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
(702) 386-0001 / Fax: (702) 386-0085
Email: Terry.Jackson.Esq@gmail.com

Counsel for Defendant, *David Salgado*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  | Case No.: 2:14-CR-00221-1-GMN-GWF |
| Plaintiff, | |
| -vs- | **STIPULATION TO CONTINUE MOTIONS HEARING** |
| DAVID SALGADO, et al, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Amber M. Craig, Assistant United States Attorney, counsel for the United States of America, and Terrence M. Jackson, Esq., counsel for defendant DAVID SALGADO, that the Motions Hearing in the above-captioned matter, currently scheduled for Monday, December 14, 2015 at 1:30 p.m., be vacated and continued for approximately two weeks, to either Monday, December 28, 2015, or Tuesday, December 29, 2015, at the same time or a time convenient to this Honorable Court.

This stipulation is entered into for the following reasons:

1. Terrence M. Jackson, Esq., counsel for defendant Salgado, is currently in State Court in a multi-defendant jury trial and it is not expected to be over until approximately December 18, 2015;

2. The defendant Salgado is in custody and does not object to the continuance;

3. Counsel has spoken to Amber M. Craig, Assistant United States Attorney, who does not object to the continuance;

1      4.  The additional time requested herein is not sought for purposes of delay and the denial
2  of this request could result in the miscarriage of justice;
3      5.  This is the first stipulation to continue the motions hearing filed herein.
4
5      DATED the 11th of December, 2015.
6
7                                                      Respectfully submitted by:
8                                                      DANIEL G. BOGDEN
                                                       United States Attorney
9
10    //s// Terrence M. Jackson               //s// Amber M. Craig
      TERRENCE M. JACKSON, ESQ.               AMBER M. CRAIG
11    Counsel for Defendant SALGADO           Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  . . .

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-00221-1-GMN-GWF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE MOTIONS HEARING** |
| -vs- | |
| DAVID SALGADO, et al, | |
| Defendant. | |

**FINDINGS OF FACTS**

Based on the pending Stipulation of counsels, good cause appearing therefore, the Court finds that the ends of justice and judicial economy are best served by granting said continuance.

**ORDER**

**IT IS THEREFORE ORDERED** that the Motions Hearing, currently scheduled for Monday, December 14, 2015 at 1:30 p.m., be vacated and continued to: Monday, January 4, 2016 at 1:30 p.m.

DATED this 14th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

. . .