UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

        Plaintiff,

vs.

DAVID SALGADO

        Defendant.

District No.   2:14-cv-0221 GMN GWF

ORDER TEMPORARILY UNSEALING TRANSCRIPTS

    On August 23, 2016 this court received Transcript Order forms dated August 23, 2016 requesting Transcript of a hearing held on July 27, 2015 and October 16, 2015 from Mario D. Valencia, counsel for the Defendant, David Salgado in which a portion of the hearing is sealed.

    **IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

    **IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

    **IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 24 day of August, 2016.

_____
GLORIA M. NAVARRO
United States District Chief Judge